UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESTER HOGAN<br><br>Plaintiff(s),<br><br>v.<br><br>DEPUTY IBARRA<br><br>Defendant(s). | Case No. 22-cv-6112-DMR<br><br>**CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION** |

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline to magistrate judge jurisdiction in this matter. Sign this form below your selection.

☑ **CONSENT to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**OR**

☐ **DECLINE Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE: January 4, 2023    NAME: Katherine B. Bearman

/s/ Katherine B. Bearman
*Signature*

COUNSEL FOR (OR "PRO SE"): Defendant Deputy Fernando Ibarra

# **PROOF OF SERVICE**

I, KATHLEEN K. HILL, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action.  I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Sixth Floor, San Francisco, CA 94102.

On January 4, 2023, I served the following document(s):

**CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION**

on the following persons at the locations specified:

Lester Hogan
P.O. Box 59714
San Jose, CA 95159

Tel (415) 966-5096
     (415) 374-5153
Email  lesterhogan276@gmail.com

*Plaintiff in Pro Per*

in the manner indicated below:

☒ **BY UNITED STATES MAIL**: Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service.  I am readily familiar with the practices of the San Francisco City Attorney's Office for collecting and processing mail.  In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed on January 4, 2023, at San Francisco, California.

                                  */s/  Kathleen K. Hill*
                                       KATHLEEN K. HILL