UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LESTER HOGAN,

        Plaintiff,

   v.

DEPUTY IBARRA,

        Defendant.

Case No. 22-cv-06112-DMR

**ORDER TO SHOW CAUSE**

A case management conference took place on October 4, 2023 at 1:30 p.m. Plaintiff Lester Hogan did not attend. The courtroom deputy telephoned Mr. Hogan and defense counsel emailed him. The court waited 25 minutes, but Mr. Hogan did not appear. Mr. Hogan also failed to appear at the January 18, 2023, February 1, 2023, and May 31, 2023 case management conferences. He did attend the June 7, 2023 Zoom case management conference by phone. In light of this record, the court now orders that **by October 25, 2023**, Plaintiff must submit a written statement explaining why he did not attend the October 4, 2023 case management conference, and why his case should not be dismissed for failure to prosecute. Failure to file a timely response will result in dismissal.

**IT IS SO ORDERED.**

Dated: October 6, 2023

_____
DONNA M. RYU
Chief Magistrate Judge